**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.** 19 MJ 03305 - LOUIS

**IN RE: SEALED**
**CRIMINAL COMPLAINT**
______________________________/

**MOTION TO SEAL**

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests that the Cover Sheet, Criminal Complaint, Affidavit, Arrest Warrant, this Motion to Seal, and any resulting Order be SEALED for a period until the arrest of the defendant, excepting the United States Attorney's Office and law enforcement personnel, which may obtain copies of any of the foregoing documents or other sealed document for purposes of executing the Arrest Warrant, for the reason that the integrity of the ongoing investigation might be compromised should knowledge of this Criminal Complaint become public.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: [signature]

Maria K. Medetis
Assistant United States Attorney
Fla. Bar No. 1012329
99 NE 4th Street, 8th Floor
Miami, Florida 33132
Tel: (305) 961-9010
Maria.Medetis@usdoj.gov