**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.** 19 mj 03305 - Louis

**IN RE: SEALED**
**CRIMINAL COMPLAINT**
____________________________/

**SEALING ORDER**

THIS CAUSE is before the Court on the United States' Motion to Seal. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED and the Cover Sheet, Criminal Complaint, Affidavit, Arrest Warrant, Motion to Seal, and this Order be SEALED until the arrest of the defendant, with the exception of copies provided to the United States Attorney's Office and law enforcement personnel.

DONE AND ORDERED at Miami, Florida, this 15 day of August, 2019.

LAUREN FLEISCHER LOUIS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: AUSA Maria K. Medetis