**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-mj-03305-Louis**

**UNITED STATES OF AMERICA**

**vs.**

**ERIC LIN,**

**Defendant.**

______________________________/

**ORDER**

THIS CAUSE is before the Court on the United States' Motion to Unseal. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED and the Cover Sheet, Criminal Complaint, Affidavit, Arrest Warrant, Motion to Seal, the sealing Order dated August 15, 2019, and all documents in the above-referenced case number are UNSEALED on the grounds that the defendant has been arrested in this case.

DONE AND ORDERED at Miami, Florida, this 4 day of September, 2019.

JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: AUSA Maria K. Medetis