UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20551-CR-MORENO

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ERIC LIN,

Defendant.
_____________________________/

**NOTICE OF APPEARANCE**

The United States of America, by and through the undersigned, Assistant United States Attorney Peter A. Laserna, hereby files this Notice of Appearance for the purpose of addressing asset forfeiture matters in this case.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: */s/ Peter A. Laserna*

Peter A. Laserna
Assistant United States Attorney
Court ID No. A5502555
peter.laserna@usdoj.gov
U.S. Attorney's Office
99 Northeast Fourth Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9030
Facsimile: (305) 536-4089