# MINUTE ORDER



## Magistrate Judge Chris M. McAliley

**Atkins Building Courthouse - 6th Floor** Date: 11/5/2019 Time: 1:30 p.m.

Defendant: ERIC LIN J#: 49523-086 Case #: 19-20551-CR-MORENO

AUSA: Maria Medetis Attorney: AFPD KATE MOLLISON

Violation: INTERSTATE TRANSMISSION OF THREATENING COMMUNICATIONS Surr/Arrest Date: 11/4/2019 YOB: 1984

Proceeding: Initial Appearance CJA Appt:

Bond/PTD Held: ◯ Yes ◯ No Recommended Bond:

Bond Set at: PTD - Washington State Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ______ x's a week/month by phone: ______ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ______ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ______ pm to ______ am, paid by ______
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
D/advised.
D/sworn
Appt 880
D/held on
Pretrial Detention
in Washington State.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Time from today to ______ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | | | | |
| Prelim/(Arraign)/or Removal: | | | | |
| Status Conference RE: | | | | |

D.A.R. 14:09:44 Time in Court: 4

s/Chris M. McAliley Magistrate Judge