**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-20551-CR-MORENO**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ERIC LIN**
**a/k/a "Jake Howard"**
**a/k/a "Eric A. Schopenhauer,"**

**Defendant.**
**_____________________________________/**

**NOTICE OF ASSIGNMENT**

The Federal Public Defender for the Southern District of Florida gives notice that the above captioned case has been assigned to Assistant Federal Public Defender Christian Dunham.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

BY: *s/ Christian Dunham*____
Christian Dunham
Assistant Federal Public Defender
Florida Bar No. 146587
150 West Flagler Street
Suite 1700
Miami, Florida 33130-1555
Tel: 305-530-7000
E-Mail Address: Christian_Dunham@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on November 6, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Christian Dunham*
Christian Dunham