**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. **19-20551-CR-MORENO**

UNITED STATES OF AMERICA,
Plaintiff,
vs.

**ERIC LIN,**
Defendant.

# ORDER CONTINUING TRIAL

THIS CAUSE came before the Court upon defendant's motion to continue trial **[D.E. #15].** After careful consideration and the Court having been fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the trial is **reset** for the two-week period commencing

**JANUARY 21, 2020 at 9:00 A.M.**

before the Honorable **Federico A. Moreno**, United States District Judge, Courtroom 13-3, 13th Floor, United States Courthouse, 400 N. Miami Avenue, Miami, Florida.

**Call of the Calendar** will be held at **2:00 p.m. on Tuesday, January 14, 2020.** The Court finds that the interest of justice served by granting a continuance to allow counsel for the defendant reasonable time necessary for effective preparation for trial outweighs any interest of the public or the defendant in a speedy trial. The Court finds the period of delay **(from·11/26/19-01/21/20)** excludable in calculating the period within which trial must commence under the Speedy Trial Act. See, 18 U.S.C. Section 3161.

**DONE AND ORDERED** in Miami, Dade County, Florida this 26th day of November 2019.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

cc: All counsel of record