**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-20551-CR-MORENO**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**ERIC LIN,**

**Defendant.**
______________________________/

**CHANGE OF PLEA MINUTES**

**On January 14, 2020 the above-named defendant appeared in person before the Honorable FEDERICO A. MORENO, United States District Judge, with counsel, Christian Dunham, AFPD, Counsel appointed by the Court, and said defendant stated in Open Court that he desires to withdraw his plea of not guilty heretofore entered and desire to enter a plea of guilty as to Count 4 of the Indictment.**

**After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.**

**Whereupon:**

**The Court postponed sentencing until March 30, 2020 at 9:45 a.m.**

**Court Reporter: Gilda Pastor-Hernandez** **AUSA: Maria Meditis**

**Deputy Clerk: Shirley Christie** **INTERPRETER: N/a**

**Court Time: 25 minutes**